UNITED STATES OF AMERICA,

-vs-

JOSEPH LOMBARDO,

---

16-CR-140

---

# EXHIBIT A

| | |
|---|---|
| Subj: | **From David Calire** |
| Date: | 2/2/2017 4:53:44 P.M. Eastern Standard Time |
| From: | david.calire@gmail.com |
| To: | Jdaniels38@aol.com |
| CC: | cheryl.calire@gmail.com |

Dear Mr. Daniels,

I am aware of the two instances where there are inaccurate statements in the report. The first is in 2003. I did not tell my daughter to recant her story. Like any parent preparing their child for a court appearance I just told her that she needed to tell the truth and to make sure she understood the severity of what she was saying. We never discussed it after that. When she went to court they took her in a room where she said that it never happened. The court then sealed the case. Shortly after that both of my children decided they wanted to come and live with me. Full custody was granted .
The second statement is also inaccurate.  We all lived together and Angela never complained to me about Joe. She was constantly with Joseph and her brother Andrew. My mother and elderly uncle lived with us as well. I never saw anything that would lead me to believe Joe was sexually abusing her. We had family dinners, we celebrated birthdays, holidays, went to church,  and we took family vacations. Angela was doing well in school, sang in the women's choir,  and was a member of a woman's church group. Angela's home life was normal, busy, and harmonious.
Respectfully submitted,

David M. Calire