UNITED STATES OF AMERICA,

-vs-

JOSEPH LOMBARDO,

---

16-CR-140

---

# EXHIBIT C

January 24, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
Buffalo, New York 14202

Dear Judge Vilardo,

I want you to know how very sorry I am for the victims in this case. I took advantage of these young girls. I blame no one but myself. I was selfish, used bad judgment and was not thinking about anyone but myself. I should have acted like an adult instead of acting childish and forgetting who I am and how I was raised.

My son was born when I was 15 ½. Although that's an early age to have a child, it was not planned, but I choose to look at it as a blessing. I decided on my own at that age that I needed to "step up" and take responsibility and to provide the best life I could for him. My life at that age became work, school, and taking care of my son. Parties, dances, hanging out with friends, and any "extra" activities were a thing of the past. I no longer had time for anything other than being a father to Justin, which I took very seriously.

I eventually moved out of my parents' home, a few miles away and in to my own apartment at age 18 for myself and my son to live. As he started pre-school at Fourteen Holy Helpers, and later in the Lancaster district which my son resided with me for the last six years. I was involved in all his school activities, parent/teacher conferences, performances, etc. I was there for the day to day homework, I made sure he took a shower, and handled bedtime routine that any parent would do.

Even with my limited education, I was able to do well at my job. Things seemed to be going well for me. I can't quite understand why I did what I did. I am sincerely ashamed of my actions.

Because of the situation I put myself in, I am no longer able to be there for my son, and provide him a home and a father he has grown accustomed to. What I did took a toll on my family, particular my mother, who has always been there for me. My mother is a lady of very strong faith, and I have learned to lean on her.

I can at this point only pray that when given the opportunity to return home, I will be there for my son.

Thank you for taking your time and consideration in reading my letter.


Respectfully submitted,

*Joseph*

Joseph S. Lombardo