UNITED STATES OF AMERICA,

-vs-

JOSEPH LOMBARDO,

---

16-CR-140

---

# EXHIBIT D

# CHARACTER LETTERS SUBMITTED ON BEHALF OF
# DEFENDANT JOSEPH LOMBARDO

David M. Calire, Defendant's Step-Father

Cheryl Calire, Defendant's Mother

Rose Marie Cetola, Family Friend

Jean M. Clabeaux, Family Friend

Beatrice Dunwoodie, Family Friend

Jakob Cory English, Defendant's Nephew and Cheryl Calire's Grandson

Denise M. Everett, Family Friend

Harold & April Folckemer, Family Friend

Cheryl Hussar, Defendant's Cousin

Sister M. Johnice, CSSF, Family Friend

Joyce E. Jones, (January 20, 2016) life long Friend of Defendant and his Family

Joyce E. Jones (February 6, 2017) Ms. Jones comments concerning accusations of Angela Calire.

Eric King, Family Friend

Miranda Knier, Defendant's Cousin

Daryn Lombardo, Defendant's Step-Mother

David Lombardo, Defendant's Uncle

Geraldine Lombardo, Defendant's Grandmother

Gina M. Lombardo, Defendant's Sister

Joseph R. Lombardo, Defendant's Father

Nicole M. Lombardo, Defendant's older Sister

Suzanne Maloney, Family Friend and Caregiver for "Uncle Herman" who lived in the Calire household.  (Ms. Maloney, several years later, suffered a traumatic brain injury, as such, her communication skills (by e-mail) are challenged.)

Paula M. Miller, Defendant's Aunt

MaryJo Momot, Defendant's Family Friend

Rev. Jeffrey L. Nowak, Parochial Vicar of St. Vincent de Paul Parish in Niagara Falls and Family Friend

Marilouise Palicki, Defendant's Aunt

Barbara J. Pascucci, Family Friend

Ted Pierre, Defendant's co-worker at Best Buy and AT&T

Lisa Podlucky, Defendant's Aunt

Cynthia Quigley-Fulton, Family Friend

AnnMarie Stewart, Defendant's Aunt

Nancy J. Samrany, Defendant's Grandmother

February 5, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:  Joseph Samuel Lombardo

*Honorable Judge Vilardo,*

I am writing to on behalf of Joseph Samuel Lombardo. My name is David M. Calire, and I am Joseph's step-father. I have been married to his mother, Cheryl M. Calire, for over 23 years. I have known Joseph since he was one and a half years old. I have two children and three step-children; however, with the exception of needed explanations, I rarely make the distinction.

I am a tenured teacher working for the Buffalo Board of Education and have been in this capacity for twenty years. I earned a BS Degree in Elementary Education, as well as Master degrees in both Teacher Leadership and Music. I have always believed in leading by example to show my children the importance of studying, working hard, and being a productive citizen.

*Our family was normal, well adjusted, and happy.* We all worked, went to school, church on Sundays, came home and had family dinners. We took nice vacations every summer and enjoyed holidays, birthdays, and other family events. Cheryl and I also believed it was essential we were involved with our extended family including grandparents, aunts, uncles, and friends.

Joe has always been a kind and generous person. He was an outgoing young boy and became more so as he grew up. When Joe informed us he was expecting a child, we were upset, dismayed, and disappointed. After the reality sunk in, Cheryl and I both agreed to support Joseph in any way we could. I know Cheryl described in her letter the facts surrounding this, so I will not repeat. I was especially proud of Joseph as he stepped up to the plate and eventually took charge of caring for and raising his son Justin. He took care of Justin, making sure he had a roof over his head, clothes on his back, food in the pantry, and the day-to-day love a child needs. Joseph is a wonderful and loving father. Justin loves his father unconditionally and is longing for the day they can be reunited.

I was extremely upset when I heard about the allegations against Joe. My wife and I cried for a number of days not fully understanding how this could be true. We have had many discussions with Joseph and have asked him to pray for Gods intercession, love, and healing.  In those discussions, Joseph revealed his feelings of embarrassment, remorse, and self-loathing. He is especially concerned with the effects this has had on his son Justin and is beyond contrite. I believe Joseph is sorry for what he did and is extremely scared about his and his son Justin's future. I do realize the allegations are serious and I ask you to please, taking all the facts surrounding this case; consider a lesser sentence so he may be reunited with his loving son and family.

Respectfully Submitted,

David M. Calire

Febuary 5, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:  Joseph Samuel Lombardo

Honorable Judge Vilardo,

I am writing you as the mother of Joseph Samuel Lombardo.  My name is Cheryl Calire, and I am the wife of 23 years of David Calire.  I was previously married for 15 years to Joseph's father, Joseph R. Lombardo, where we had three children, Nicole, Gina, and Joseph and we divorced shortly after Joseph's birth when Joseph was around a year and a half old.
I am a grandmother to Nicole's son, Jakob (18) and to Joseph's son, Justin (10).  I am also a step-mother and step-grandmother to David's children and grandchildren.

Professionally, I work for the Roman Catholic Diocese of Buffalo NY in several capacities where I report to Bishop Richard J. Malone.  In my duties as the Director of Pro-Life Activities for the Diocese,  I am the Executive Director of the Mother Teresa Home in Buffalo where my husband and I live and run a ministry on the East Side of Buffalo for mothers, babies, and families in need.  I also oversee the operations of our three locations of the St. Gianna Pregnancy Outreach Centers where we served over 1500 families this past year in the eight counties of WNY.  Additional responsibilities include an appointment by Bishop Malone as the internal liaison of the Diocese on matters of Public Policy, and often a media spokesperson on his behalf. In attending the Red Mass annually, I am aware of your strong faith and commitment to justice. As we just closed the "Year of Mercy" in the church, it is why I beg your honor to prayerfully consider a mother's request for mercy and a second chance for her son.

Joseph and I had a rough delivery, and his birth injury became an exceptional strong bond between the two of us.  Many appointments over his first five years of life consisted of evaluations and physical therapy to try to obtain the best results from the C-5, C-6 injury sustained along with attorneys to ensure that this deficit birth injury would have minimal effect.

Our family, including Joseph, had the normal dynamics, including work, school, church, activities, and family outings, parities, and vacations.  He was always surrounded by loving parents, grandparents, siblings, Aunts, Uncles, cousins and friends.  This was where Joseph spent the majority of his time, engaging in the day-to-day family.

At a young age, Joseph's girlfriend became pregnant while both were still in High School.  She attended all-girls Catholic High School and he attended public school.  As a family, this was certainly unplanned; Joseph wanted to make sure that his son had a chance in life.  He at age 15/16 fought to have the child saved from a late term abortion and later became his primary caregiver when Justin was four years old, when his mother signed residential custody of Justin to Joseph where they resided together for the past six years in Lancaster.

Joseph took on the complete role of father including meals, homework, school activities, conferences, and activity time together with little help from others and only when necessary.

I was concerned a few times with his trusting good nature and generosity. For example; he let Justin's mother, Crystal, move in with them because she had nowhere to go.  She lived in his apartment for nearly a year, while I helped to get her employment so she could be more independent.  Joseph said to me; "It is Justin's mother and he loves her, and I don't want her on the street."  This is the compassion he would show others on a regular basis.  He would not regularly date or have girls around Justin as he felt that Justin was his prime concern and responsibility.  This is why I was distraught/shocked to learn in May of 2014 that police came to his apartment to obtain his computer and phone for an investigation.

For over 21 months Joseph, I, and Mr. Calire, was aware at any time something may come of that day in May of 2014.  From that point forward, Joseph had a time of serious reflection, and refrained from activity on his computer or phone unless it pertained to work.  He realized then the seriousness of the allegations and no longer engaged in any such activity.  He leaned on us for support and guidance those 21 months leading a very routine life of work, taking care of Justin, and staying in contact with family and family activities.

I have visited Joseph once per week (51 times) since his incarceration for the allowed hour visit. It has now been nearly three years since the initial shock in 2014.  From our visits I can assure you of his extreme remorse and desire to have another chance in life.  We have shed many tears together and pray for your mercy your Honor.

I believe the best scenarios for Joseph is to be released as soon as possible to his loving family where we can see that he obtains any help that he needs to return to society as a productive man, and father to his awaiting son, Justin.


Respectfully and prayerfully submitted,


*Mrs. Cheryl Calire*

Mrs. Cheryl Calire  (nee Samrany)

Jan 20-2017

Honorable Laurence J. Vilardo
United States District Court
Western District of New York
2 Niagara St.
Buffalo, N.y. 14202

RE: Joseph A. Lonardo

Dear Judge Vilardo:
My name is Rose Marie Webla and am
a close friend of the family over 25yrs.
I am aware of the offense placed on
Joseph.
I have been in Joseph's presence at many
gathering and many occasions. I've always
known him as caring, kind and gentle
with family & friends. In work free-
productive, Loyal conscientious. With his
young son, the love, tenderness and
warmth go without measure. My contacts
with Joseph were always pleasant, friendly
and cordial.
Your Honor, I ask that when time
for Joseph's sentencing - please consider
these qualities in him and return
him to society as soon as possible
Respectfully
Rose Marie Webla

# JEAN M. CLABEAUX
## 25 LUTHER LANE
## GRAND ISLAND, NY 14072

January 20, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, N.Y.   14202

Re:  Joseph S. Lombardo

Dear Judge Vilardo:

My name is Jean Clabeaux.  I have been friends with Joseph S. Lombardo and his immediate family for nearly 20 Years.  Based upon my association with Joseph throughout the years,  I was both shocked and devastated to learn of the serious charges that Mr. Lombardo faces.

From the time Joseph was a young boy,  he always showed respect towards my husband and me. He seemed to always take responsibility and make the right choices.

For example: when his former girlfriend became pregnant with their son,  the woman wanted to abort the child.  Along with his mom,  Joe fought hard  for the child's life. He later gained custody of his son, who lived with him until the time he was imprisoned.  He worked 2 jobs to provide for  his child.

Joseph understands as do I,  that we must be held accountable for our actions.   My hope and prayer is that the court will give this first time offender the opportunity to rehabilitate and return to civilian life in the near future as opposed to serving a lengthy prison term.

Thank you for your time your honor.

Respectfully,

Jean M. Clabeaux

Beatrice Dunwoodie
79 Old Post Road
Lancaster, NY 14072

January 22, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, N.Y.   14202

Re:  Joseph S. Lombardo

Dear Judge Vilardo:

Joseph Lombardo,  his family and mine have been close friends for over 20 years.   I am writing this letter to provide you with my knowledge of Joseph's character.  My hope is that my information will  provide some  assistance when rendering a decision on the charges Joseph faces.

From the time he was a little boy,  I've always known Joe  to be a  generous and kind boy.  He's had a close relationship with my two daughters throughout the years.  When my oldest daughter experienced a rough patch in her teen years, Joe couldn't do enough to help her.

Your honor,  I am not condoning the wrong that's been done here.   I am respectfully requesting that the court render a decision that will move towards Joseph getting the help he needs so that he can return to civilian life in the near future.

Sincerely,

Beatrice Dunwoodie

*Beatrice Dunwoodie*

Respectfully,

January 25th, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District Court of New York
2 Niagara Square
Buffalo, NY 14202

RE: Joseph Lombardo

Dear Judge Vilardo:

My name is Jakob English, I am Joseph Lombardo's nephew. I spent a lot of time with Joe growing up, with our age difference minimal he was almost an older brother. I've seen him grow from babysitting me as a teen to a father himself. He was always kind, considerate, and putting himself before others regardless of effort or consequence.

It was hard for him to talk about what he did, it was hard to hear from someone I looked up to so much. He understands how his actions lost him everything he had and he would never risk losing everything again. The gravity and damage of the situation is undeniable, but I beg for mercy.

He dropped his whole life for his son, took custody along with being a hard worker he was able to get better jobs through people in his workforce because they also recognized his hard working ethic. He wasn't just a hard worker but a good father, he wasn't out partying on the weekends he was taking his son to the park, helping him with school, visiting family, Justin is his life and I can guarantee even though a difficult decision this is to make if he could be released back to his family where he belongs as soon as possible he will have a lesson learned and we'll make sure he's moving onto a brighter future. Thank you for your time.

Respectfully,

Jakob Cory English

From: **Denise** menaeve@yahoo.com
Subject: **Joe**
Date: **Jan 25, 2017, 4:20:56 PM**
To: cheryl.calire@gmail.com

January 19th, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

RE: Joseph S Lombardo

Dear Judge Vilardo:

I am Denise M Everett of Lancaster, New York and a parishioner of Our Lady of Pompeii church.

I have known Joseph since he was in the 7th grade, He also was a member of Our Lady of Pompeii. Joseph was in my 7th grade religious education class and several of my classes in the 9th and 10th grades in the confirmation program. Joseph was a respectful boy to myself and his classmates throughout his time with us.

I've seen him interact with his son Justin, he worked hard to support himself and Justin, Joseph is a loving and caring dad, who taught his son to be responsible, kind and respectful of others.

I know Joseph has a good heart and is remorseful for his actions and poor judgement. I am asking you to show mercy and reunite Joseph and Justin as soon as possible, a son needs his father.

Thank you for your time and consideration,

*Denise M Everett*

Denise M Everett

Sent from my iPad

January 26, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202

Re: Joseph S. Lombardo

Dear Judge Vilardo,

My name is Harold Folckemer and along with my wife April, we first met Joseph
Lombardo when he filled out an application for an apartment that I was renting at 5303
Broadway St. in Lancaster. After reviewing his application and meeting with him, we felt
he was very mature for the age of 19. We leased the apartment to him for over six years.
We never had any problems with Joseph, he was quiet and always paid his rent.

Besides being his Landlord, I owned the Coin Store in the building across from the
apartment building where Joseph resided. When he would stop into the store to pay his
rent, we would talk for a while. He was very personable to converse with.

He was gainfully employed the entire time he resided in our apartment building. He even
worked two jobs to provide for his son. I occasionally would see him standing outside
waiting for the school bus to drop off his son, Justin. He was a very caring father. He also
got along well with the other tenants in the apartment building.

We are aware of the allegations and find it hard to believe that he is charged with the
offenses. I don't believe that he is a threat to society and hope that the courts would see
the goodness in him.

Respectfully,

Harold and April Folckemer

January 23, 2017

Honorable Lawrence J Vilardo

United States District Court

Western District of New York

Re: Joseph S Lombardo

Dear Judge Vilardo,

   My name is Cheryl hussar and I'm Joseph S Lombardo cousin. I'm aware of his offense but this is how I know Joseph S Lombardo and his character. Joseph S Lombardo is a wonderful and kind young man. He stepped up when he had his son at 15yrs old and has been a wonderful father. I feel that Joseph S Lombardo needs to return to society and his son Justin asap Justin need he dad in he's life. Thank you for your time

Respectfully

*Cheryl Hussar*

Cheryl Hussar



St. Adalbert's
**response to** Love center

SR. M. JOHNICE, C.S.S.F.
-Director-

February 1, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Honorable Lawrence J. Vilardo:

My name is Sister M. Johnice, and Member of the Congregation of the Felician Sisters of North America. As Executive Director of Response to Love Center, located on the East Side of Buffalo, our mission responds to those in need, especially the poverty-stricken individuals and families.

I have known Joseph Lombardo and his family for many years. The family is faith-filled, loving and dedicated to helping others in time of need. Joseph was raised in a very special and caring home, taught by a good example and brought up as a good son.

Joseph, as I know him, is kind and caring. He is very dedicated to his son, Justin. As I have come to know Joseph, his relationship as father and son deepened through the years. Joseph has taken time to help Justin with his homework, encourage him to enjoy educational opportunities, and finds "quality time" whenever they are with each other.

I am aware of the seriousness of Joseph's offense that has caused pain to others, his family and himself. My prayer for Joseph is that he will learn from this experience and re-enter the life God gives him with a new, humble and loving heart. I ask for the mercy of God to touch his life and for a second chance to return to society as soon as possible.

Sincerely,

Sister M. Johnice CSSF
Sister M. Johnice CSSF

January 20, 2016


Honorable Lawerence J.Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202


RE: Joseph S. Lombardo

Dear Judge Vilardo:

    I Joyce Jones am writing today on behalf of Joseph Lombardo. I have known Joe since his birth, I am a life long friend of his mother, and cared for Joe as a child while she worked. I have had contact with Joe as he grew into a man, I have knowledge of all of his good and not so good deeds throughout his short life.  Today I would like to tell you of a very young man who found himself with his girlfriend in the family way. Joe did not back away as many would have, He stepped up , Joe gave up his personal hopes and dreams to support and care for his son, Joe has done this without fail since Justins' birth.

Joe gave up all the joys of high school, and the dream of college. He worked hard to finish High school while working a job to secure a home for he and his son,  Yes he took full custodial custody of the boy. Joe never asked for help other than to babysit while he worked. Joe is an exemplary example to all young men in this situation.   The current situation that Joe is in, is unfortunate, he has been away from is son for along time now. It is taking a toll on the child who depends on his father more than most kids do.

    I would ask the court to consider Joes' character and level of responsibility he accepts everyday for his family during the sentencing for his crime. I believe Joe will not be anymore punished by further incarceration.  Please allow Joseph to return to society as soon as possible, where he can be a contributing member.

Very Truly Yours,
Joyce E Jones

In the event that you need further information, please feel free to contact me: 716 228-4079.

Mr. Joel Daniels
42 Delaware Ave.
Buffalo, N.Y. 14202

February 6, 2017

Dear Mr. Daniels,

I am writing today on behalf of Joseph Lombardo. I have known Joe his whole life, I am a life long friend of the family. I cared for Joe and his sisters for part of his youth while his mother worked. I was also there during the time his step sister made accusations against Joe. It was an unfortunate time, Joe was of course beyond confused by these accusations, yet he was dragged through the court system. As a small boy this was overwhelming, he had always treated this girl exactly like he treated his sisters, as I recall it was a typical sister brother relationship Joe has always been very respectful of others and well mannered in all things.

When all was done and told, Angela recanted her accusations and begged to come and live full time in her father and stepmothers home. Like good caring parents the Calires went back to court and were granted custody of Angela and her brother Andrew. These children thrived under the Calires care and nothing else was ever discussed about Angelas accusations. Yet upon Angela and Andrew taking residence with the family Cheryl and David were concerned about interference and forced instruction by Angelas mother as she had disclosed that she was instructed to say these things about Joe. In being cautious and careful David and Cheryl did not leave the children unattended after they moved in. I recall staying with the kids a few times, and then Mrs. Claire, Davids mom came to live with then as well. My point being that the accusations Angela made against Joe were deemed in court unfounded, and All possible precautions were taken to be able to protect Joe from any further conflict in the matter. It would seem that statements by Angela should be ex sponged from this pending matter.

Thank you for your consideration.

Sincerely, Joyce Jones

January 27, 2017

Honorable Lawrence J Vilardo

United States District Court

Western District of New York

2 Niagara Square

Buffalo, NY 14202

RE: Joseph S Lombardo

Dear Judge Viardo:

I am Eric King long time family friend  having known Joseph S Lombardo since he was 9 years old as I dated his older sister Nicole quite some time ago.

Joseph and I have stayed friends over the years, he has worked on my home computer and I in turn have worked on his car. Joseph is a hard worker and great Dad to Justin. He has worked two jobs to provide for Justin and better himself.

Please show Joseph mercy for his unfortunate conduct that is totally out of character and let Joseph return to his son Justin and family  as soon as possible, putting the past bedhind and starting new.

Respectfully,

Eric King

261 Stolle Rd

Elma NY 14059

716-523-2589

1

January 2017

The Honorable Judge Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Character Reference for Joseph S. Lombardo

Honorable Judge Vilardo,

 I am fortunate to have known Joseph for the last 25 years. Joseph is my cousin and a true friend of mine for my entire life. I have never been close to a cousin as I am with Joseph. We have shared many memories and laughter together over the years.

Joseph always made me extremely proud, even though I can't choose my family, I am very particular to the people I surround myself with and call friends. I am happy that I can call Joseph my family and my friend. No matter what Joseph overcame he always worked extremely hard, he most importantly always put his son first. Watching Joseph become a father was an inspiring life moment to watch. I watched Joseph from day one step up and be the best dad he could be. He worked multiple jobs to provide his son with the best and a roof over his head.

Not only was Joseph a great father but he has shown me how much he cares for his family. Our grandmother needs a lot of help, even though I mostly help her, whenever I would contact Joseph for help he would put his family first and help out no matter what. He displayed so much love and respect.

Joseph is a member of our family who has always displayed love, laughter and respect for my entire life. He is always willing to help others and work hard. I like to think I am an excellent judge of character. Joseph and I have written a few letter to each other during this process and I really feel and believe he is truly sorry. My relationship I have with my cousin runs on honesty. I know he is truly sorry, he has already shared with me how he plans to do better and be a better person. I fully stand behind him and believe in him. I am proud to call Joseph my cousin and my friend.

I hope that sharing my observations will assist you in making the appropriate decision in his case.


Thank you for your consideration,

Miranda Knier

Miranda Knier

1/24/17

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2Niagara Square
Buffalo, NY 14202


RE Joseph Lombardo


Dear Judge Vilardo,

I'm Joseph's Stepmother and have known him for 11yrs.

I do believe that Joseph is honestly remorseful for his actions resulting in charges of Child Pornography. Not just because of the punishment he will rightfully receive but, more importantly, how his actions have affected others.

1) The damage his actions have done to his victims, their family and friends

2) Joseph's son has lost his primary caregiver for the rest of his childhood.

3) Joseph's crime has had an emotionally devastating effect on the rest of his family


In my personal experience with Joseph, he has always been respectful & helpful & a pleasure to be around.

Joseph has been an excellent father since day one. He has been the primary caregiver for his son Justin for the majority of Justin's life. Because of this, Justin is very well adjusted, outgoing, polite intelligent, delightful and happy child.  Joseph has had similar effects on his nephew Jakob

Joseph had been the Lombardo family IT person. Enthusiastically introducing us to the latest technology. We could contact him anytime of the day and he was always happy to help family members with IT problems & devices.

Thank you for taking the time to read this letter.


Respectfully,

Daryn Lombardo

19191 County Rd 646

Farmersville, TX 75443

January 29, 2017


Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re: Joseph Lombardo

Honorable Judge Vilardo,

My name is David Lombardo, I am an uncle to Joseph Lombardo. I am truly sorry for the victims and to their families. I pray for them and I am shocked and saddened by these events and completely respect the gravity of them. I have known Joe since birth; and was hoping to share with you the person I have known over these years as a nephew, grandson, and father. My hopes is to provide you with a different perspective into Joe, not just the person who stands before you through these court proceedings. Please know the Joe I know has been a good, law abiding and kind person. I know that might seem hard to believe given these circumstances, but nonetheless it is true. Here are a few things I would like to share that offers that perspective. When my mother who is 85 and Joes grandmother was ill. Joe would take her to several doctor appointments, go grocery shopping weekly and run errands as needed while she was recovering from surgery. He never asked for anything in return. All this, while working fulltime and being the primary care taker of his son Justin.  Joe had a son at a young age, but instead of trying to avoid responsibility, he stepped up and became the primary care taker. Joe has shown to be a good, loving, caring and attentive father to his son Justin. They were inseparable, and I know this separation from his son is a great heartache to both. Over the years, Joe has gone through difficulties as most kids/young adults do. However, all the while, I have witnessed that Joe was always a good, kind and caring person at his core. Never taking the easy way out of any situation and always being a standup person and doing the right thing no matter the situation. Joe has committed a crime; and he takes full responsibility and understands there is a price to pay for his actions. Please know that Joe is truly remorseful and he is willing to accept the sentence you deem appropriate. I respectfully ask that you please weigh in these other factors about Joe into your consideration as you pass sentence. I hope that by sharing with you the Joe I have known over the years, you might grant him leniency and for an opportunity at redemption and a second chance with his son Justin. He will not disappoint you.


Respectfully,

David Lombardo


David Lombardo

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2Niagara Square
Buffalo, NY 14202


RE: JOSEPH S. LOMBARDO


Dear Judge Vilardo:


When I heard that my grandson was charged with child pornography I was totally and completely shocked. I thought to myself ... this is not the person that I know. This is not my grandson. What I remember about him is that when I had hip replacement surgery I was bedridden. He came over quite a bit and helped me out by making lunch or dinner ... running errands ... picking up around the house ... he was just totally and completely helpful and never complained a bit. That's who I know. I realize now that this really did happen and he will have to be punished for what he did. I had the opportunity to visit with him and I do know that he is very remorseful for what he did. We talked about it at great length and we both ended up crying . It was very difficult for him to look me in the eye and talk to me about this but he realizes what he has done. It was something that he should never have done and feels very sorry for the victims involved. I feel equally as bad for my great grandson who will not have his father around for a while. They had a great relationship together and I know that they both will suffer for it while he is away. I know that his sentence will be determined by you and all I can say is that I hope you will be lenient.


Very Truly,


Geraldine Lombardo

Date:           1/23/2017

Inside Address:      Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

RE:            Joseph Lombardo

Dear Judge Vilardo,

My name is Gina Lombardo. I am the middle child and sister of Joseph Lombardo. I have known Joseph his whole life.  Joseph has been a great part of our family. I believe one thing that Joseph has implemented in his life is the importance of being a family man. When our father and mother divorced Joseph was very young and even though he did not have a typical father/son relationship he grew up knowing one thing. He expressed to me that once his son was born that he would never do to his son like our father did to us. He vowed to honor, protect and be there always for his son even at the early age he became a dad. Joseph throughout his son's life has always been a stable, reliable and great father. He has shown not only me or the family but the community that no matter what age it takes a certain character and determination to do what he has done for his son. Joseph did not give up and he will continue to be strong and put forth his best effort to be not only a great dad but a great man. Even though Joseph has made a horrible decision in this matter, I know he will seek to be better.

Josephs' actions in this are not condoned by me at all. He is a man who understands and takes responsibility for what has happened. He believes in being fair and he is remorseful for what happened in the events. I know Joseph will take this in stride and will prove that he is a good person to himself, his family, his son and the community. I do believe though that Joseph may have been lead down a dark path for whatever reason and is grieving. Joseph is better than this and he will see his way back to a positive light. Joseph told me once "I've made many mistakes in my short time on this earth, I just hope that after it's all said and done, I'm not remembered for my mistakes, but for what I did to try to atone for them." Please understand that he has his whole life ahead of him and to finally be the dad he always wanted to be, that our father couldn't. I believe in my brother that he is sorry for what happened and he will do what is right when it is all said and done.

Respectfully,
Gina M. Lombardo

1-19-2017


Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2Niagara Square
Buffalo, NY 14202


RE: JOSEPH S. LOMBARDO


Dear Judge Vilardo:

I have been on this earth for 65 years and I never thought that I would have to write a letter like
this for anyone let alone for my own son on charges of child pornography. But that's exactly
what I'm doing. Unlike a lot of parents I do not believe that my son is perfect. After speaking ...
corresponding and visiting with him I truly believe that this was something that was done by
someone that was immature and did not fully think through what he was doing until it was well
after the fact. After reflecting on it I am sure that my son has a full awareness of what he did and
I also believe that this is not something that would ever happen again. My son is extremely
remorseful for what he has done. Not remorseful because he's being punished but remorseful for
what he did and how it impacted the other people. My son has never been in trouble and most
people would think that he is very thoughtful and helpful and he's done good things for many
people before this occurred. He has a son Justin age 10 who he's had a special bond with from
the first day he was born. They really do have a special relationship that they have developed
over the years. I do understand that my son needs to be punished for what he has done. He's done
something bad and he must pay for that. But I am hoping that the punishment is not so severe
that it ruins the relationship that he has with his own son. Once again I really feel that this is
something that would never ever happen again. I know his punishment rests in your hands.
Please take into account what I have said and I know you'll be fair.

Very truly,

Joseph R. Lombardo

January 23th 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

RE: Joseph S. Lombardo

Dear Judge Vilardo:

My name is Nicole Lombardo and I am the oldest sister of Joseph S. Lombardo. I have known and have been very close with him his entire life. Joseph is not only my brother, but my best friend. He is a kind, generous, loving individual who has always been there for myself and my son; and I love him very much.

My brother and I have spoken numerous times and we both understand the gravity of his offense. He is striving to be a better person and is very remorseful for his actions. Joseph has always been a wonderful father to his son. He changed his whole life plan when his son Justin was born and became his primary caregiver. He was also a dedicated and hardworking employee in any job he ever had. He has been an amazing brother and a great support system to me over the years and is greatly missed.

I know this must be a difficult decision to make, but I please ask that you take mercy on my brother during this troubling time. I would love for him to be able to return to society as soon as possible. I have no hesitation in saying he will return as an improved individual. Thank you for your consideration.

Respectfully,

*Nicole M. Lombardo*

Nicole M. Lombardo

From: **Calire, Cheryl** CCalire@buffalodiocese.org
Subject: **Fwd: JOE**
Date: **Feb 5, 2017, 12:35:13 PM**
To: cheryl.calire@gmail.com

Fwd

Sent from my iPhone

Begin forwarded message:

From: Greatgreys <greatgreys2@aol.com>
Date: February 3, 2017 at 2:35:51 PM EST
To: <CCalire@buffalodiocese.org>
Subject: JOE


Greatgreys
greatgreys2@aol.com




        I MET Joe L back in 2004 when I worked as a health for his Üncle Hermen....where the Big Christian Family lived....I used to marvel@ him the way he was So involved in his school work & his devotion to Catilic Studies.....I have a Son around his age..........& I used to pray that my son......was more like Joe.........He was always helping his Mom....& would help me w/Herman.......years later when became a Farther.....This young man stepped up & raised his son...By Himself......He took to raising his Son @ very young.....asking for little to no help......What the young man is going threw now...& being  is not the young man that I new & saw many hr;s I week............He just got cought up in something .. & I belive in 2nd chanes....I know Joe to being Kind & Respectful.... Thee things were a temp. lose of judgment........

I have a TBI & some phy chalengs.....& sorry for mis-speld words............& Joe was there to help me, help "Herman""
I'm looking forward to seeing Joe..  Doing good things agains & raising his Son.......& working hard.....he ge5ts his Work efict from his Mon,

Any question,..Call Suzanne Maloney
823-5971

January 24, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

JOSEPH S. LOMBARDO

Dear Judge Vilardo:

My name is Paula Miller and I am Joseph Lombardo's Aunt (mother's sister).

I am aware of Joseph's offense, but I believe he is sincerely sorry and contrite.  I
would like to respectfully ask that you take into consideration Joseph's character
and home life when deciding on his punishment.  I watched Joseph grow from baby
to adulthood, but the one phase of his life I think you should know most about was
his early teenage years.  Joseph's girlfriend became pregnant with their son Justin
when they were both in their very early teens.   Instead of walking away from his
responsibility, Joseph instantly became a loving and reliable father.   As Joseph
grew from teenager to adult, he remained a dependable and hard-working father to
Justin.  It is my hope that Joseph can return to society as soon as possible to once
again become that constant in Justin's life.

Respectfully,

Paula M. Miller
1989 Creekside Drive
Grand Island, NY 14072

January 22, 2017

Honorable Lawrence J Vilardo
United Stated District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202

RE: Joseph S. Lombardo

Dear Judge Vilardo:

My name is Mary Jo Momot. I am a business owner in Depew, NY and
also a very  active member of my parish Sacred Heart of Jesus in
Bowmansville NY. I am a former religious education teacher for high
school students. This is how I came to know Joseph S Lombardo.

I know Joe had difficult young teenage years. He was challenging to have
in class as he was always questioning everything. But I also believe those
years molded him to be the good father he was to become.  When he
found his girlfriend to be pregnant and her family wanted abortion for
the child, Joe stepped up at the tender age of 16 and declared he wanted
to save this child and support him and raise him in the best way he could.
With support from his family he did just that. Joe did prove to be a very
good father to Justin and the boy became his entire life. They did
everything together and Joe was a great but firm father and kept Justin in
line. We met for dinner many times with Joe's parents, Cheryl and Dave
Calire. He held a good job with AT and T and was able to fully support
Justin on his own.

I was shocked to hear of the offense that Joseph S Lombardo committed.
His focus in life was his son and his job and supporting a good life for
Justin. He knows what he did was wrong and there are no excuses for
such behavior. His punishment, so far, has been total isolation from his
son. Justin's life has been turned upside down. The security he had
known for 9 years was gone in an instant. I know Joe feels great remorse
over the actions he took and I know he is very sorry.

Please your honor, I ask for leniency for Joseph S Lombardo. The life he had with his son is gone but I know he still wants to be a dad to him in whatever way he can. I am positive he has learned a very valuable lesson. It would be beneficial for his son, Justin if he could return to being a contributing member of society as soon as possible.


Respectfully,

Mary Jo Momot
4 Wenona St
Depew NY 14043



**SAINT VINCENT DE PAUL ROMAN CATHOLIC PARISH**
1040 Cayuga Drive
Niagara Falls, New York 14304
(716) 283-2715 x202          frjeff6212@gmail.com

*Rev. Jeffrey L. Nowak, Parochial Vicar*

8 February 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York  14202

RE:  Joseph S. Lombardo

Dear Judge Vilardo:

I am writing this letter of behalf of Joseph S. Lombardo.  My name is Father Jeffrey L. Nowak.  I am a priest of the Roman Catholic Diocese of Buffalo currently serving as Parochial Vicar of St. Vincent de Paul Parish in Niagara Falls, NY and as Canonical Administrator of Mary Queen of Angels School in Cheektowaga, NY.  I recently made a pastoral visit to Joe at the Niagara County Jail on Monday, 6 February 2017.

At the conclusion of the Extraordinary Jubilee Year of Mercy, Pope Francis celebrated a Mass for the Jubilee of Prisoners.  In his homily, the Pope spoke, "By learning from past mistakes, you can open a new chapter of your lives."  In my visit with Joe, while he may have never heard these words of Pope Francis, I truly believe that he desires to embrace them by wanting to begin a new chapter in his own life realizing the wrong he has done, the effect his actions have had on his own life, the lives of his family, along with the lives of all affected by his past choices and behaviors.

Joe stated to me that he originally did not realize the effect his actions would have on so many people but now realizes the severity of his actions and has learned a very difficult lesson based on the choices he made.  Joe also expressed concern for the well-being of his son, Justin, who he misses tremendously, and of his parents especially during his present incarceration and subsequent sentencing.  However, I cannot stress enough the remorse Joe has for his actions and his desire for getting his life back on track realizing the long-term and lifelong consequences of his actions.

And so it is in a spirt of justice and mercy, both of God and our American legal system, that I humbly ask that just leniency be employed in rendering your judgment for Joseph S. Lombardo.  May you continue to be, under the patronage of St. Thomas More, an example of faith and justice to all you serve!  With this I remain,

Sincerely yours,

*Rev. Jeffrey L. Nowak*

Rev. Jeffrey L. Nowak

January 27, 2017

Honorable Lawrence J. Vilardo

United States District Court

Western District of New York

2 Niagara Square

RE: Joseph S. Lombardo

Dear Judge Vilardo,

      Let me to take the time to tell you about myself, my name is Marilouise Palicki and I have been foster parents for about 2 years. And I have adopted the little boy I was a foster parent to. I work as aide in a daycare center.  I am also the Aunt to Joseph S. Lombardo. I use to baby sit Joe when he was little.  He has always the sweetest and kindest  child. When Joe got his girlfriend pregnant.  Joe fought very hard for custody of his son .When Joe got custody of his son they both were very happy and at fifteen year old Joe did a great job being a dad to Justin and they did things together. I am aware of Joe Offense; I just   ask for a chance to return him to society. So he can return to his son waiting for his dad .Justin needs his dad.

      Respecully,

Marilouise Palicki

64 Bowen Avenue
Lancaster, NY 14086
January 22,2017

Honorable Lawrence J Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

RE: Joseph S Lombardo

Dear Judge Vilardo:

My name is Barbara Pascucci. I am a teacher's aide for Boces. I have known Joseph Lombardo since he was a teenager. I volunteered for the Our Lady of Pompeii religious education department which Joseph Lombardo attended.

Joe became a father at a very young age. I saw him mature overnight. He encouraged his girlfriend to have their baby. When she wanted to give the baby up for adoption, he petitioned for custody of his son and it was granted. Joe became the sole parent and worked hard to support his son, always putting Justin first. He worked around Justin's schedulte so he could be with him as much as possible.

I am aware of the seriousness of Joe's crime and his sincere remorse. I am asking for mercy and a chance for Joe to return to society as a productive member, to support his son,  as soon as possible. He has a loving, supportive family and friends to help  him when he comes home.

Respectfully,

Barbara J Pascucci

1/30/2017

Honorable Lawerence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202


JOSEPH S. LOMBARDO

Dear Judge Vilardo

My name is Ted Pierre. I worked with Joe for a total of two years. I First met him at Best Buy and then got another chance to work with him when he joined the AT&T team.

    During the time I worked with Joe I got to know him personally. I am aware of Joe's offense. Joe was they type of coworker you could rely on. He always helped out when he could. What I remember most about Joe was his dedication to his son Justin. He was a great father. Justin was his first priority. Joe's main focuses were to make sure he got to spend time with his son and to provide the best life he could for Justin. Joe is genuinely remorseful for what he has done. We would like to ask for mercy and a chance to return to society as soon as possible.

Respectfully,

January 24, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

RE:   JOSEPH S. LOMBARDO

Dear Judge Vilardo:

I am writing in regards to our nephew, Joseph Lombardo on behalf of
myself, Lisa Podlucky, and my husband, Andrew Podlucky .

As Josephs Aunt and Uncle we have always been so proud of the way he has
handled himself as a young father.  His love for his son, Justin, has always
been so apparent.  His dedication to making sure Justin was well taken
care of and provided for was always his number one priority.  He has been
a responsible adult and loving Dad to Justin for ten years.

We are aware of the offense that Joseph has committed but realize that
Joseph is very remorseful for his actions. At this time Andrew and I are
hoping that mercy will be shown and that our nephew will be allowed to
rejoin society as the respectable young man and father that we know him
to be.

Respectfully,

Andrew Podlucky

Lisa Podlucky

January 19, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:  Joseph Samuel Lombardo

Dear Judge Vilardo,

My name is Cynthia Quigley-Fulton and I have known Joe for over 18 years.  He grew up in the neighborhood in Lancaster where I raised my son Jim, and he and Joe were close friends growing up. Joe was like a second son to me.  He would help me with anything and everything that I needed to do around the house being a single mother.

I am aware of the serious offense and want to say this is totally out of character for Joe.  He was always there for me and my son and when he learned he was going to be a father in his teen years, I watched as he was determined to be there for his son and to give him the best life that he could under the circumstances.

I am a Registered Nurse in the forensic field, and I would like you to take in account some of my personal observations over the years.

Joseph's  maturity on the level of being a parent at such a young age, I feel , had him "before his years" grow up.  Therefore, he tended to be, in my opinion, a bit immature on peer level and did not always take the time to think things through.  He missed out, and was not able to be a part of many activities that a young boy his age would have been able to do, as he always put spending time with his son Justin first.

Although this is admirable, I do feel at a critical part of a young man's maturing process, this effected Joe's ability to interact and participate with his friends as he was too busy being a dad.

I am certain that Joseph is remorseful as I correspond with him regularly.  I plead with your Honor, that you would consider getting Joe back in to society as quickly as possible for him to return to his son and his family where he can be the most productive in society.

Thank you,

Cynthia Quigley-Fulton

January 23, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

RE:  Joseph S. Lombardo

Dear Judge Vilardo:

My name is AnnMarie Stewart and Joseph S. Lombardo is my nephew and Godson.  His mother, Cheryl Calire, is my sister.  I have been married to my husband, Robert for 37 years.  We have 2 grown married children and 2 grandchildren.   I have been a Registered Professional Nurse for 36 years, and have worked most of my career as a School Nurse in an Elementary School.

 I am aware of Joseph's offense, but I am writing this letter to share with you what I know of my nephew.   Joseph is a sincere, hard-working man with a very strong bond to his son, Justin.  From the very start, Joseph was committed to being a good father to his son and has been nothing but devoted to him.  His love and affection for his son Justin was very touching for such a young man.  I have witnessed that unconditional love and caring grow over the years.

I know how deeply sorry and remorseful Joseph is for his offense.  He realizes that his conduct has jeopardized the most important thing in the world to him, his son, Justin. He is truly repentant for his behavior.  That is why I am asking for your Honors mercy in imposing Joseph's sentence.  It is my heartfelt hope that you take into consideration Joseph's sincere regret for his actions, and the pain and sadness it has caused his son, his mother and her husband, and our entire family.  Please consider leniency in sentencing that would allow Joseph to return to society as a productive worker and a chance to resume his loving relationship with his son and his caring and faithful family.

Respectfully,

AnnMarie Stewart
2900 Stony Point Road
Grand Island, NY  14072
(716) 773-9143

January 18, 2017

Honorable Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:  Joseph Samuel Lombardo

Dear Judge Vilardo,

 To introduce myself, my name is Nancy Samrany.  I am Joseph's grandmother, Cheryl Calire is my daughter and his mother.  I am a retired Town of Grand Island employee of twenty years, where I was the elected Town Clerk (Clerk for 12 years and Deputy Clerk for 8 years) and where I have lived and raised my family for over 60 years.

While I am completely aware of the serious offense Joseph has committed, I ask that you consider my personal knowledge and love of this young man.

Joseph became a father in his mid-teens and was shocked and pleased in to the realization that his son Justin would be his responsibility.

Never shirking this task he obtained two jobs to help him set up an apartment to provide a home for the two of them.  With the help and support of his parents and our family, he worked in to a very good full time position.  With excellent work ethics and reliability, he earned the respect of his employer and his fellow employees.  This allowed supporting Justin and raising him to be an extraordinary lovable ten year old boy.

I prayerfully ask that you will consider this part of Joseph's life and hopefully show him mercy when sentencing him.

His son is patiently waiting for the time his father will be allowed back in to society and be a part of his life again.

Respectfully,

Nancy J. Samrany